UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulated Motion to Dismiss with Prejudice, dkt. 11. JPH, 12/10/2020 Distribution via ECF

| | |
|---|---|
| **Wesley Adams,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No.:1:20-cv-2708-JPH-DLP |
| **GLA Collection Company, Inc.,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Wesley Adams, by counsel, and Defendant, GLA Collection Company, Inc., by counsel, stipulate and move this Court to dismiss this cause of action with prejudice, with each party to bear their own attorney fees and costs.

Respectfully submitted,

/s/Melissa R. Lamkin
Melissa R. Lamkin
Counsel for Defendant
Kightlinger & Gray, LLP
Bonterra Bldg, Suite 200
3620 Blackiston Blvd.
New Albany, IN 47150
Office: (812) 949-2300

/s/John T. Steinkamp
John T. Steinkamp
Counsel for Plaintiff
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN 46227
Office: (317) 780-8300